**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRIGNIA**
**AT ELKINS**

**KIMBERLY TIGNOR,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 2:21-CV-18**
**Judge Kleeh**

**CAMDEN-ON-GAULEY MEDICAL CENTER, INC., a West Virginia corporation,**

**Defendant.**

## AGREED DISMISSAL ORDER

NOW COMES the Plaintiff, Kimberly Tignor, by counsel, William M. Tiano and Tiano O'Dell, PLLC, and the Defendant, Camden-on-Gauley Medical Center, Inc., by counsel, Robby J. Aliff and Jackson Kelly PLLC, and announce to the Court that all claims of Kimberly Tignor related to the above-captioned litigation have been compromised and settled. Therefore, the parties jointly move that this matter be dismissed with prejudice.

There appearing no objection to the granting of said motion, it is accordingly ORDERED, ADJUDGED, and DECREED that this civil action be dismissed with prejudice in its entirety.

DATED: November 4, 2022

Tom S Kleeh
Thomas S. Kleeh, Judge

Presented by:

/s/ William M. Tiano
William M. Tiano (WVSB # 4308)
Tony L. O'Dell (#5770)
Cheryl A. Fisher (#6379)
TIANO O'DELL PLLC
118 Capitol Street
Post Office Box 11830
Charleston, West Virginia 25339
(304) 720-6700
wtiano@tolawfirm.com
*Counsel for Plaintiff*

/s/ Robby J. Aliff
Robby J. Aliff (WVSB #7415)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
*Counsel for Camden-on-Gauley Medical Center, Inc.*